IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERNEST SPENCER, | § § § | |
| *Plaintiff,* | § § | |
| Vs. | § § | CIVIL ACTION NO. : 2:17-cv-00237 |
| MILLER ENVIRONMENTAL SERVICES, LLC. | § § § § | |
| *Defendant.* | § | |

## ORDER

The Court has considered and now GRANTS *Defendant Miller Environmental Services, LLC's Unopposed Motion for Leave to Amend Answer* (Doc. 9 ). The Court ORDERS that leave is granted, that the answer attached as Exhibit A to the motion for leave is deemed to have been filed as of the date on which the motion for leave was filed, and that the Clerk of the Court shall immediately file a copy of that answer as an independent document in the record of this case.

Signed on Oct 25, 2017.

_____
United States District Judge

62103.20315588