IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ERNEST SPENCER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| Vs. | § | **CIVIL ACTION NO. : 2:17-cv-00237** |
| | § | |
| **MILLER ENVIRONMENTAL** | § | |
| **SERVICES, LLC.** | § | |
| | § | |
| *Defendant.* | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, Ernest Spencer, announced to the Court that he settled his claims against Defendant Miller Environmental Services, LLC. The parties to this suit have requested dismissal with prejudice, agreed to this order, and the Court finds that the requested order should be entered.

Accordingly, the Court hereby **DISMISSES** with prejudice all claims and causes of action asserted by the Plaintiff Ernest Spencer against Defendant Miller Environmental Services, LLC.

This Court further ORDERS that each party shall bear its own costs of court and attorney fees.

The Court intends that this be a final judgment. The Court therefore ORDERS that any pending requests for relief not previously addressed in this Order are DENIED.

SIGNED and ENTERED on this _____ day of _____, 2018.

                                                                                                                _____
                                                                                                                 JUDGE PRESIDING

**Agreed as to Form and Substance:**

**LAW OFFICES OF MICHAEL M. GUERRA,
BURKE & KHIRALLAH, LLP**

*/s/ Michael K. Burke*
Michael K. Burke
State Bar No. 24012359
Federal Bar No. 24356
mburke@mmguerra.com
3900 N. 10th Street, Suite 850
McAllen, Texas 78501
(956) 682-5999
(956) 317-880 Fax
**ATTORNEY FOR PLAINTIFF ERNEST SPENCER**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

*/s/ Ralph F. Meyer*
Ralph F. Meyer
State Bar No. 13994300
Email: ralph.meyer@roystonlaw.com
Myra K. Morris
State Bar No. 14495850
Federal Bar No. 13611
E-mail: myra.morris@roystonlaw.com
Frost Bank Plaza
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401-0021
(361) 884-8808 telephone
(361) 884-7261 facsimile
**ATTORNEYS FOR DEFENDANT
MILLER ENVIRONMENTAL SERVICES, LLC**

62103:20340478