United States District Court
Southern District of Texas
**ENTERED**
May 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERNEST SPENCER, § § *Plaintiff,* § § Vs. § § MILLER ENVIRONMENTAL § SERVICES, LLC. § § *Defendant.* § | CIVIL ACTION NO. : 2:17-cv-00237 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, Ernest Spencer, announced to the Court that he settled his claims against Defendant Miller Environmental Services, LLC. The parties to this suit have requested dismissal with prejudice, agreed to this order, and the Court finds that the requested order should be entered.

Accordingly, the Court hereby **DISMISSES** with prejudice all claims and causes of action asserted by the Plaintiff Ernest Spencer against Defendant Miller Environmental Services, LLC.

This Court further ORDERS that each party shall bear its own costs of court and attorney fees.

The Court intends that this be a final judgment. The Court therefore ORDERS that any pending requests for relief not previously addressed in this Order are DENIED.

SIGNED and ENTERED on this _____ day of __5/31/18__, 2018.

_____
JUDGE PRESIDING

62103:20340478